IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KULBIR SIDHU, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CANCER CENTERS OF NORTH ) | Case No. 5:12-CV-603-FL |
| CAROLINA, P.C. and RALEIGH ) | |
| HEMATOLOGY ONCOLOGY ) | |
| ASSOCIATES, P.C., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

This matter is before the Court on the parties' Expedited Joint Motion to Modify Case Management Order. The Court has considered the motion and concludes that good cause exists to allow the requested extensions of time and therefore GRANTS the Motion.

IT IS THEREFORE ORDERED that the Case Management Order [D.E. #20] is amended as follows:

a. With limited exceptions, as stated below, all discovery-related matters in this action are stayed from August 29, 2013 to January 5, 2014, inclusive, while Defendants' lead counsel is on personal leave of absence;

b. The limited exceptions to discovery activity shall be as follows:

  i. Defendants shall answer Plaintiff's pending discovery requests served on August 1 and August 2, 2013 by October 1, 2013, which time reflects a 30-day extension of time to answer Plaintiff's pending discovery requests and mirrors the 30-day extension of time Defendants previously consented to for Plaintiff's responses to discovery requests;

  ii. Defendants shall serve any applicable disclosures under Fed. R. Civ. P. 26(a)(2) by October 3, 2013, which reflects a 30-day extension of time to

        serve said disclosures and mirrors the 30-day extension of time that Defendants previously consented to for Plaintiff to serve her own said disclosures;

        iii.    Plaintiff shall provide Defendants with a supplemental privilege log by September 13, 2013.

d.    In the event that Defendants' counsel, Leah Moore, is not medically able to take or complete the deposition of Plaintiff on August 28, 2013, Plaintiff's deposition shall occur on a mutually agreeable date within the first 15 calendar days of January 2014. Defendants would then respond to Plaintiff's discovery requests within the seven-day period immediately following Plaintiff's deposition, inclusive of any written objections and production of responsive documents. Defendants will also have until October 18, 2013 in which to file any applicable disclosures under Fed. R. Civ. P. 26(a)(2), which reflects a 45-day extension of time to serve said disclosures and that accounts for an additional 45-day extension of time to serve said disclosures similar to the 30-day extension of time that Defendants previously consented to for Plaintiff's disclosures.

e.    Except as specified herein, all other discovery between the parties shall be stayed until January 5, 2014, inclusive. Nothing contained in these stipulations shall prevent any of the parties to confer about any discovery production disputes and, if necessary, seek an order to compel production of discovery in the event of either party's failure to comply with the above-listed discovery schedule.

This the 27th day of August, 2013.

                                                    */s/ Louise W. Flanagan*
                                                    LOUISE W. FLANAGAN
                                                    United States District Court Judge