IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KULBIR SIDHU, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 5:12-CV-603-FL |
| | ) |
| CANCER CENTERS OF NORTH | ) |
| CAROLINA, P.C. and RALEIGH, | ) |
| HEMATOLOGY ONCOLOGY | ) |
| ASSOCIATES, P.C. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the parties' Joint Motion to Stay Discovery and Modify Scheduling Order, it is hereby ORDERED that the Motion is GRANTED, and that:

1. Discovery in this case is stayed for thirty (30) days;
2. The scheduling order shall be modified such that July 23, 2014 is the new deadline for completion of all discovery in this case; and
3. All other deadlines are stayed for thirty (30) days, including but not limited to Defendants' time to respond to the motion to quash of Christopher Willett, MD.

IT IS SO ORDERED this __2ND__ day of _____JUNE__, 2014.

_____
United States District Judge